606 A.2d 1169

**Benjamin H. POLES, Appellant,**

v.

**PHILADELPHIA CIVIL SERVICE COMMISSION.**

Supreme Court of Pennsylvania.

Argued April 10, 1992.

Decided May 14, 1992.

Malcolm M. Berkowitz, Philadelphia, for appellant.

Richard G. Freeman, Deputy City Sol., E. Jane Hix, Philadelphia, for appellee.

Before FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this case.